FILED

FEB 12 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**MARK JEFFERY DEOGBURN**, by and and thru his natural parent and guardian, Kathryn Deogburn, **RACHEL GOLDSTEIN**, by and thru her natural parent and guardian, Thomas Goldstein, **AUSTIN CHANDLER KILPATRICK**, and **CHRISTOPHER SEAN KILPATRICK** by and thru their natural parent and guardian, Donald Stokes and Carol Hahn Kilpatrick, **ANNA MARKOWITZ**, by and thru her natural parents and guardians, John and Margot Markowitz, and **LOU MINTZ**, taxpayer, **CLARK HOBBIE**, taxpayer, **MACKENZIE O'BRIEN** and **SEAN WESLEY O'BRIEN**, by and thru their natural parents and guardians, William Wesley O'Brien and Sabrina Gail O'Brien, and those similarly situated,

Plaintiffs,

vs.

CHARLESTON COUNTY SCHOOL BOARD,

Defendant.

Civil Action No: 2:02-3680-08

16

**CONSENT ORDER OF DISMISSAL**

ENTERED
2-13-03

**SAVANNAH CASH, HAYLEY CASH and HARPER CASH**, by and through their natural parents and guardian ad-litems, Dennis Cash and Donna Cash

Plaintiffs,

vs.

CHARLESTON COUNTY SCHOOL BOARD,

Defendant.

Civil Action No: 2:02-4232-08

#1

16

Upon the motion and consent of the attorneys of record, it is hereby ORDERED that Plaintiffs' causes of action against the CHARLESTON COUNTY SCHOOL DISTRICT, and the Board of Trustees of the Charleston County School Board, in the above captioned case are hereby dismissed without prejudice in light of the Defendant's January 27, 2003 elimination of the racial and ethnic quota policies at issue in these cases. At its January 27, 2003 Board meeting, the CHARLESTON COUNTY SCHOOL BOARD voted unanimously to remove racial and ethnic quotas from all schools, including Buist Academy and the Ashley River Elementary School for the Creative Arts. Under the new policy, neither race nor ethnic background play any role in the admission of students to any magnet school in the Charleston County School District and students who apply under this policy will be admitted without regard to race or ethnicity.

As the Plaintiffs have established an entitlement to relief on the merits of their claims, and as part of this agreement to dismiss this action, Defendant recognizes Plaintiffs as "prevailing parties" in this matter and have agreed to pay to Plaintiffs' counsel the sum of $24,783.14 in attorney's fees and costs incurred in prosecuting this matter, which it is explicitly acknowledged, represents $10,000 less than the Plaintiffs' actual attorneys fees and costs. The Plaintiffs' attorney also acknowledges that he will donate after receipt of the fees agreed to herein, $1,000 of his attorney's fees to an essay contest on the importance of the equal protection clause of the 14th Amendment to the United States Constitution.

And it is so ordered.

#2

ORDERED AND ENTERED THIS 12th DAY OF FEBRUARY, 2003.

SOL BLATT, JR.
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

I Move:

LAWRENCE C. KOBROVSKY
Federal I.D. No. 57-0866360
Post Office Box 1726
Charleston, SC 29402-1726
(843) 853-3703
Attorney for Plaintiffs

I Consent:

ROBERT ROSEN
Rosen, Rosen & Hagood, LLC
Post Office Box 893
Charleston, SC 29402
Attorney for Defendant

#3